IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ZOLTAN BARATI,

    Plaintiff,

v.                              CASE NO. 4:18cv275-RH/CAS

FLORIDA ATTORNEY GENERAL
PAMELA JO BONDI, and
MOTOROLA SOLUTIONS, INC.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 10, and the objections, ECF No. 11. I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed for lack of jurisdiction based on the *Rooker-Feldman* doctrine." The clerk must close the file.

SO ORDERED on September 4, 2018.

                                      s/Robert L. Hinkle
                                      United States District Judge